JS-6  O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOAQUIN MEZA, | ) | Case No. CV 11-594-GW (OP) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| M. D. McDONALD, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 27, 2012

HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge